IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRECIOUS JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEAGLOW, INC.,<br><br>Defendant. | Case No. 3:25-cv-00249-S |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED: October 29, 2025                    Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel: 617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

GREENBERG TRAURIG LLP

/s/ *Christopher S. Dodrill*
Christopher S. Dodrill
State Bar No. 24110696
christopher.dodrill@gtlaw.com
Alex E. Hartzell
State Bar No. 24126522
alex.hartzell@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

***Attorneys for Defendant Homeaglow, Inc.***